IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| DARRIN W. SHATNER #B-42950, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 13-703-JPG |
| | ) |
| MISTY NEW, et al., | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR SUMMARY JUDGMENT

NOW COME the Defendants, SALVADOR GODINEZ, GINA ALLEN, RICHARD HARRINGTON, MISTY NEW, STEVEN RICHARD, PATRICK SEVERS, and TIMOTHY VEATH, by and through their Attorney, Lisa Madigan, Attorney General for the State of Illinois, and, pursuant to FRCP 56 and Local Rule 7.1, hereby submit their Motion for Summary Judgment for Plaintiff's failure to exhaust administrative remedies, stating as follows:

1. Plaintiff is an inmate incarcerated within the Illinois Department of Corrections (IDOC). On July 18, 2013, Plaintiff filed his Complaint in this case pursuant to 42 U.S.C. §1983.

2. This Court's Merit Review found that Plaintiff stated a claim against Defendants New, Severs, Harrington, Richard, Allen, New, Severs, and Veath for wrongfully issuing Plaintiff disciplinary tickets for possession of sewing needles on August 27, 2012 in retaliation and in violation of the Fourth, Eighth, and Fourteenth Amendments.

3. On October 11, 2012, Plaintiff submitted one grievance concerning a disciplinary report for the possession of sewing needles. Plaintiff's grievance does not mention Defendants Godinez, Allen, New, Richard, and Veath.

1

4. Therefore, Defendants Godinez, Allen, New, Richard, and Veath are entitled to summary judgment for Plaintiff's failure to exhaust administrative remedies for Plaintiff's claims against them.

5. A memorandum of law is filed contemporaneously and incorporated herein.

WHEREFORE, Defendants request this Honorable Court grant their Motion for Summary Judgment.

Respectfully Submitted,

SALVADOR GODINEZ, GINA ALLEN,
RICHARD HARRINGTON, MISTY NEW,
STEVEN RICHARD, PATRICK SEVERS and
TIMOTHY VEATH,
    Defendants,
LISA MADIGAN, Attorney General
State of Illinois,
    Attorney for Defendant,
By:  s/ Htin M. Win
    Htin M. Win
    Assistant Attorney General

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION**

| | |
|---|---|
| DARRIN W. SHATNER #B-42950, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 13-703-JPG |
| | ) |
| MISTY NEW, et al., | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2014, I electronically filed the foregoing *Answer and Affirmative Defenses* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

None

and I hereby certify that on July 7, 2014, I mailed by United States Postal Service, the document to the following non-registered participant:

Darrin W. Shatner #B-42950
Stateville Correctional Center
Inmate Mail/Parcels
P.O. Box 112
Joliet, IL 60434

Respectfully Submitted,
 s/ Htin M. Win
Htin M. Win, #6310509
Assistant Attorney General
Office of the Illinois Attorney General
General Law Bureau
500 South Second Street
Springfield, Illinois 62706
Phone: (217) 782-9014
Fax: (217) 524-5091
E-Mail: hwin@atg.state.il.us